| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Greenberg, William S. | 2. Court or Organization<br><br>U.S. Court of Appeals for Veterans Claims | 3. Date of Report<br><br>5/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>625 Indiana Avenue, NW<br>Suite 900<br>Washington, DC 20004 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman, Board of Trustees | Mary Sachs Charitable Trust (private foundation) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Public Employee Retirement System Pension Fund, State of New Jersey, pension upon retirement age 60, no control |
| 2. | 2012 | McCarter & English LLP, return of capital, no control |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | McCarter and English LLP, return of capital | $101,000.00 |
| 2. 2013 | New Jersey Division of Pensions and Benefits, pension | $5,945.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed pharmaceutical consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Checking | A | Interest | M | T | | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. -Schwab Government Money Fund | A | Interest | J | T | | | | | |
| 4. -IN Washington Cmnty Sch Bldg Muni. Bond | C | Interest | M | T | | | | | |
| 5. -LA State GO NC Muni. Bond | C | Interest | M | T | | | | | |
| 6. -MN State HFA Fin. Rev. Muni. Bond | C | Interest | L | T | Sold (part) | 09/01/13 | J | | |
| 7. | | | | | Sold (part) | 10/01/13 | J | | |
| 8. | | | | | Sold (part) | 11/01/13 | J | | |
| 9. -SPDR S & P Mid-Cap 400 ETF Trust | C | Int./Div. | M | T | Sold (part) | 07/08/13 | L | E | |
| 10. -Gateway Fund Y Shares | A | Int./Div. | K | T | Sold (part) | 05/07/13 | K | C | |
| 11. | | | | | Sold (part) | 10/15/13 | J | B | |
| 12. | | | | | Sold (part) | 10/17/13 | K | C | |
| 13. -Merger Fund | A | Int./Div. | K | T | Sold (part) | 05/07/13 | K | A | |
| 14. | | | | | Sold (part) | 10/17/13 | K | A | |
| 15. -iShares Cohen & Steers Rlty (REIT) | C | Int./Div. | L | T | | | | | |
| 16. -AMEX Energy Select Sector SPDR | C | Int./Div. | M | T | | | | | |
| 17. -Powershares DB Commodity Index | | None | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account #2 | | | | | | | | | |
| 19. -S&P 500 Depository Receipts | A | Int./Div. | J | T | | | | | |
| 20. -Schwab U.S. Treasury Money Fund | | None | K | T | | | | | |
| 21. Brokerage Account #3 | | | | | | | | | |
| 22. -BlackRock U.S. Treasury Money Market | | None | J | T | | | | | |
| 23. -FL Dept Mgmt Svcs Muni. Bond | B | Interest | L | T | | | | | |
| 24. -IL Univ of IL Muni. Bond | B | Interest | | | Sold | 03/01/13 | L | | |
| 25. -MI State Hsg Dev Auth Muni. Bond | B | Interest | K | T | Sold (part) | 04/01/13 | J | | |
| 26. | | | | | Sold (part) | 10/01/13 | J | | |
| 27. -NJ State Transn Tr Fd Muni. Bond | C | Interest | L | T | | | | | |
| 28. -PA St Tpk Commn Oil Franchise Muni. Bond | C | Interest | M | T | | | | | |
| 29. -UT State HFA Rev Muni. Bond | A | Interest | K | T | Sold (part) | 01/01/13 | J | | |
| 30. -Vanguard Short Term Tax-Exempt Fund | | None | | | Sold (part) | 01/08/13 | K | | |
| 31. | | | | | Sold | 01/16/13 | K | | |
| 32. -Nuveen Insured Muni Opportunity Fund | B | Int./Div. | | | Sold | 07/08/13 | K | | |
| 33. Brokerage Account #4 | | | | | | | | | |
| 34. -Schwab Advisor Cash Reserves - Premier | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ASML Holding NV-NY Reg Shares | A | Dividend | K | T | | | | | |
| 36. -Adobe Systems Inc. Stock | | None | L | T | | | | | |
| 37. -Apple Inc. Stock | A | Dividend | K | T | Buy | 01/08/13 | K | | |
| 38. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 39. | | | | | Buy (add'l) | 09/25/13 | J | | |
| 40. -Automatic Data Processing Inc. Stock | B | Dividend | L | T | | | | | |
| 41. -Celgene Corp. Stock | | None | L | T | Sold (part) | 02/08/13 | J | C | |
| 42. | | | | | Sold (part) | 05/15/13 | J | C | |
| 43. | | | | | Sold (part) | 10/08/13 | J | D | |
| 44. -Cognizant Tech Solutions Corp. Stock | | None | L | T | | | | | |
| 45. -General Electric Stock | B | Dividend | L | T | Buy (add'l) | 05/31/13 | J | | |
| 46. | | | | | Buy (add'l) | 09/25/13 | J | | |
| 47. -EMC Corp/Mass Stock | A | Dividend | K | T | | | | | |
| 48. -Google Stock | | None | L | T | | | | | |
| 49. -Medtronic Stock | A | Dividend | L | T | | | | | |
| 50. -Monsanto Co. Stock | A | Dividend | K | T | Sold (part) | 08/09/13 | J | C | |
| 51. -Marsh & McLennan Companies Inc. Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -NetApp Inc. Stock | A | Dividend | K | T | Buy (add'l) | 05/31/13 | J | | |
| 53. -Intel Corp. Stock | A | Dividend | | | Sold | 05/21/13 | K | D | |
| 54. -KLA-Tencor Corp. Stock | A | Dividend | K | T | | | | | |
| 55. -Maxim Integrated Products Stock | A | Dividend | | | Sold | 09/25/13 | K | D | |
| 56. -Microsoft Corp. Stock | B | Dividend | K | T | | | | | |
| 57. -Johnson & Johnson Company Stock | B | Dividend | K | T | | | | | |
| 58. -Qualcomm Stock | A | Dividend | L | T | | | | | |
| 59. -Teradata Corp. Stock | | None | K | T | Buy | 09/25/13 | K | | |
| 60. | | | | | Sold (part) | 11/13/13 | K | | |
| 61. | | | | | Buy (add'l) | 12/20/13 | K | | |
| 62. -Cisco Systems Inc. Stock | B | Dividend | K | T | | | | | |
| 63. -Fresenious Medical Care AG-ADR Stock | A | Dividend | | | Sold (part) | 01/09/13 | J | C | |
| 64. | | | | | Sold (part) | 10/16/13 | K | D | |
| 65. | | | | | Sold | 10/17/13 | K | E | |
| 66. -Amgen Stock | A | Dividend | K | T | | | | | |
| 67. -Varian Medical Systems Inc. Stock | | None | L | T | Sold (part) | 10/22/13 | J | D | |
| 68. | | | | | Buy (add'l) | 11/13/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Cytec Ind. Inc. | A | Dividend | K | T | Buy (add'l) | 04/18/13 | K | | |
| 70. -Edwards Lifesciences Corp. Stock | | None | K | T | Buy (add'l) | 10/22/13 | J | | |
| 71. -Quest Diagnostics Inc. Stock | A | Dividend | K | T | Buy (add'l) | 09/25/13 | J | | |
| 72. -Pall Corp. Stock | A | Dividend | L | T | Sold (part) | 03/15/13 | K | D | |
| 73. -Stanley Black & Decker Inc. Stock | A | Dividend | K | T | Buy | 06/18/13 | J | | |
| 74. | | | | | Buy (add'l) | 08/12/13 | K | | |
| 75. -Cerner Corp. Stock | | None | K | T | Sold (part) | 03/18/13 | J | D | |
| 76. -F5 Networks Inc. Stock | | None | K | T | Buy | 05/28/13 | K | | |
| 77. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 78. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 79. -Flir Systems Inc. Stock | A | Dividend | K | T | | | | | |
| 80. -China Life Insurance Co. - ADR Stock | | None | | | Sold (part) | 06/05/13 | J | | |
| 81. | | | | | Sold (part) | 06/07/13 | J | | |
| 82. | | | | | Sold | 06/10/13 | J | A | |
| 83. -Liberty Property Trust | B | Int./Div. | K | T | | | | | |
| 84. -Schlumberger Ltd. Stock | A | Dividend | K | T | | | | | |
| 85. -EOG Resources Stock | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -Baidu.com - ADR Stock | | None | | | Sold | 04/30/13 | J | | |
| 87. -Diageo PLC - Spons ADR Stock | B | Dividend | L | T | | | | | |
| 88. -Qiagen N. V. Stock | | None | K | T | Buy<br>(add'l) | 05/31/13 | J | | |
| 89. -SABMiller PLC - Spons ADR Stock | B | Dividend | L | T | | | | | |
| 90. -Teva Pharmaceutical - Spons ADR Stock | A | Dividend | | | Buy<br>(add'l) | 10/30/13 | K | | |
| 91. | | | | | Sold | 11/04/13 | K | | |
| 92. -Enterprise Products Partners L.P. interest | B | Int./Div. | L | T | | | | | |
| 93. -Energy Transfer Partners L.P. interest | B | Int./Div. | K | T | | | | | |
| 94. IRA #1 | | | | | | | | | |
| 95. -Schwab Government Money Fund | A | Interest | L | T | | | | | |
| 96. -U.S. Treasury Inflation Indexed Bonds | C | Interest | M | T | Sold<br>(part) | 03/31/13 | J | | |
| 97. | | | | | Buy<br>(add'l) | 06/30/13 | J | | |
| 98. | | | | | Buy<br>(add'l) | 09/30/13 | J | | |
| 99. | | | | | Sold<br>(part) | 12/31/13 | J | | |
| 100. -FHLB U.S. Government Agency Bond | C | Interest | | | Sold | 10/18/13 | L | | |
| 101. -FNMA U.S. Government Agency Bond (Y) | | | | | | | | | |
| 102. -WI West Allis Muni. Bond | B | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -IN State Bd Bk Muni. Bond | A | Interest | K | T | Buy | 06/19/13 | K | | |
| 104. -IL Peoria Cnty Cmnty Unit SD Muni. Bond | A | Interest | K | T | Buy | 06/11/13 | L | | |
| 105. -MI Jackson Pub Schs GO NC Muni. Bond | A | Interest | K | T | Buy | 02/21/13 | K | | |
| 106. -CO Colorado Springs Util Rev Muni. Bond | B | Interest | L | T | Buy | 02/05/13 | L | | |
| 107. -OH Hamilton Cnty Sewer Sys Muni. Bond | C | Interest | L | T | Buy | 02/15/13 | L | | |
| 108. -PA Commonwealth Fing Auth Muni. Bond | B | Interest | K | T | Buy | 01/23/13 | L | | |
| 109. -KY Asset/Liability Commn Muni. Bond | A | Interest | K | T | Buy | 02/21/13 | L | | |
| 110. -PA Montgomery Cnty Muni. Bond | A | Interest | K | T | Buy | 06/12/13 | K | | |
| 111. -CA Univ of Cal Rev Muni. Bond | A | Interest | K | T | Buy | 06/14/13 | K | | |
| 112. -WA State Muni. Bond | B | Interest | L | T | Buy | 06/12/13 | L | | |
| 113. -Wal-Mart Stores Corporate Bond | B | Interest | L | T | | | | | |
| 114. -UPS Corporate Bond | C | Interest | L | T | Sold (part) | 01/15/13 | K | | |
| 115. | | | | | Buy (add'l) | 05/31/13 | L | | |
| 116. -Proctor & Gamble Corporate Bond | B | Interest | L | T | | | | | |
| 117. -Chevron Corporate Bond (Y) | | | | | | | | | |
| 118. -SBC Communications Corporate Bond | B | Interest | K | T | | | | | |
| 119. -GlaxoSmithKline Corporate Bond | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -IBM Corporate Bond | B | Interest | K | T | | | | | |
| 121.  -Walt Disney Co. Corporate Bond | B | Interest | K | T | Buy | 06/03/13 | K | | |
| 122.  -Wells Fargo & Co. Corporate Bond | A | Interest | K | T | Buy | 05/29/13 | K | | |
| 123.  -Target Corporate Bond | A | Interest | K | T | Buy | 05/30/13 | K | | |
| 124.  -General Electric Capital Corporate Bond | B | Interest | L | T | Buy | 02/20/13 | L | | |
| 125.  -Berkshire Hathaway Corporate Bond | A | Interest | K | T | Buy | 02/11/13 | K | | |
| 126.  -PIMCO Total Return Fund - Institutional | C | Int./Div. | M | T | Buy | 05/21/13 | N | | |
| 127.  -Vanguard Bond Index - Short Term | B | Int./Div. | M | T | | | | | |
| 128.  -Vanguard S-T Investment Grade Fund | A | Int./Div. | L | T | Buy | 12/09/13 | M | | |
| 129.  -Blackrock Funds II - Floating Rate | D | Int./Div. | N | T | Buy | 05/21/13 | N | | |
| 130.  -iShares DJ Select Dividend Index Fund | B | Int./Div. | M | T | Buy | 05/22/13 | L | | |
| 131.  IRA #2 | | | | | | | | | |
| 132.  -Schwab Government Money Fund | A | Interest | K | T | | | | | |
| 133.  -Vanguard Bond Index - Short Term | A | Int./Div. | K | T | | | | | |
| 134.  401(k) #1 | | | | | | | | | |
| 135.  -PIMCO Total Return Fund - Institutional | D | Int./Div. | | | Sold (part) | 04/23/13 | K | | |
| 136. | | | | | Sold | 05/08/13 | O | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Trust #1 | | | | | | | | | |
| 138.  -BNY Mellon Money Market Fund | | None | | | Sold | 02/14/13 | K | | |
| 139.  -CRA 12 Deposit Account | C | Int./Div. | K | T | Buy | 02/14/13 | K | | |
| 140.  -WA State Motor Vehicle Tax Zero Coupon Muni. Bond | A | Interest | K | T | | | | | |
| 141.  -Grand Prairie TX Sch Dist Zero Coupon Muni. Bond | B | Interest | K | T | | | | | |
| 142.  -Irving Tex Indpt Sch Dist Zero Coupon Muni. Bond | A | Interest | K | T | | | | | |
| 143.  -Mt. San Antonio CA Cmnty Zero Coupon Muni. Bond | A | Interest | K | T | | | | | |
| 144.  -Hopewell PA Area Sch Dist Zero Coupon Muni. Bond | B | Interest | K | T | | | | | |
| 145.  -Chicago IL Brd Ed Zero Coupon Muni. Bond | B | Interest | K | T | | | | | |
| 146.  -Ector Cnty TX Indpt Sch Dist Zero Coupon Muni. Bond | B | Interest | K | T | | | | | |
| 147.  -Phoenix AZ Indl Dev Auth Zero Coupon Muni. Bond | | None | K | T | | | | | |
| 148.  -St Clair Cnty IL Pub Bldg Zero Coupon Muni. Bond | B | Interest | K | T | | | | | |
| 149.  -S&P 500 Depository Receipts | D | Int./Div. | N | T | | | | | |
| 150.  -SPDR S&P Mid-Cap 400 ETF Trust | B | Int./Div. | M | T | | | | | |
| 151.  -Dreyfus Small Cap Stock Index Fund | A | Int./Div. | M | T | | | | | |
| 152.  -Dreyfus Intl Stock Fund | B | Int./Div. | L | T | | | | | |
| 153.  -Harbor FD Intl Fund | B | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Harris Assoc Invt TR Oakmark Intl Fund | A | Int./Div. | L | T | | | | | |
| 155. -Dreyfus Premier Strategic Intl Stock Fund (Y) | | | | | | | | | |
| 156. -BNY Mellon Emerging Markets Fund - MPAM Shares | A | Int./Div. | K | T | | | | | |
| 157. -Powershares DB Commodity Index Tracking Fund | | None | L | T | | | | | |
| 158. -AMEX Energy Select Sector SPDR Fund | B | Int./Div. | L | T | | | | | |
| 159. Trust #2 | | | | | | | | | |
| 160. -Schwab Government Money Fund | | None | J | T | | | | | |
| 161. -Vanguard Intermediate Term Tax-Exempt Bond Fund | B | Int./Div. | L | T | | | | | |
| 162. -S&P 500 Depository Receipts | A | Int./Div. | K | T | | | | | |
| 163. -SPDR S&P Mid-Cap 400 ETF Trust | A | Int./Div. | K | T | | | | | |
| 164. -Longleaf Partners Small Cap | B | Int./Div. | J | T | | | | | |
| 165. -Baron Small Cap Fund-I | A | Int./Div. | J | T | | | | | |
| 166. -Gateway Fund Y Shares | A | Int./Div. | J | T | | | | | |
| 167. -AMEX Energy Select Sector SPDR | A | Int./Div. | K | T | | | | | |
| 168. -PIMCO Commodity RR Strat-Ins | A | Int./Div. | J | T | | | | | |
| 169. -Dreyfus Intl Stock Fund CLI | A | Int./Div. | K | T | | | | | |
| 170. -Oakmark Intl Fund - I | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Harbor International Fund - Inst | A | Int./Div. | K | T | | | | | |
| 172. Pleiades Investment Partners, LP - passive LP interest | | None | M | U | | | | | |
| 173. The Vittoria Fund, LP - passive LP interest | | None | M | U | | | | | |
| 174. JBG Investment Fund VIII - passive LP interest | | None | M | U | | | | | |
| 175. WP Real Estate LLC | C | Distribution | K | U | | | | | |
| 176. Wolfpac Technologies Inc. | F | Int./Div. | N | U | | | | | |
| 177. BKWG, Inc. | E | Distribution | K | U | | | | | |
| 178. McCarter & English LLP - partnership interest (Y) | | | | | | | | | |
| 179. Northwestern Mutual Whole Life Insurance Policies | E | Dividend | N | T | | | | | |
| 180. MassMutual Whole Life Insurance Policies | B | Dividend | K | T | | | | | |
| 181. New York Life Whole Life Insurance Policy | | None | J | T | | | | | |
| 182. AAFMAA Whole Life Insurance Policy | | None | J | T | | | | | |
| 183. QuantaPoint | | None | J | U | | | | | |
| 184. Wells Fargo Checking (X) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William S. Greenberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544